WALTER WELCH and HENRY B. PILCHER, Respondents, v. FLORIZEL A. ROJAS, Defendant, Impleaded with GEORGE WITTWER and Others, Appellants.— Order unanimously modified to the extent of granting the motion to dismiss the complaint against the defendant Standard Chromium Corporation, and as so modified

affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.